835 A.2d 680

IN THE MATTER OF GEORGE GUYER YOUNG, III AN
ATTORNEY AT LAW (ATTORNEY NO. 036831988).

December 1, 2003.

## ORDER

**GEORGE GUYER YOUNG, III,** of **HAVERTOWN, PENN-
SYLVANIA,** who was admitted to the bar of this State in 1988,
having pleaded guilty to in the United States District Court for
the Eastern District of Pennsylvania to nine counts of mail fraud,
in violation of 18 *U.S.C.A.* 1241, nine counts of making knowingly
and willfully false statements, in violation of 18 *U.S.C.A.*
1001(a)(3), and three counts of theft of government funds, in
violation of 18 *U.S.C.A.* 641, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(b)(1), **GEORGE
GUYER YOUNG, III,** is temporarily suspended from the practice
of law pending the final resolution of ethics proceedings against
him, effective immediately and until the further Order of this
Court; and it is further

ORDERED that **GEORGE GUYER YOUNG, III,** be re-
strained and enjoined from practicing law during the period of his
suspension; and it is further

ORDERED that **GEORGE GUYER YOUNG, III,** comply with
*Rule* 1:20–20 dealing with suspended attorneys.